

|  | *STATE OF NEW JERSEY* |  |
|---|---|---|
| MIKIE SHERRILL<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>OFFICE OF THE SOLICITOR GENERAL<br>PO BOX 080<br>TRENTON, NJ 08625-0080 | JENNIFER DAVENPORT<br>*Attorney General* |
| DR. DALE G. CALDWELL<br>*Lt. Governor* |  | JEREMY M. FEIGENBAUM<br>*Solicitor General* |

June 29, 2026

**<u>VIA ECF</u>**

Honorable Robert Kirsch, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street, Courtroom 4E
Trenton, New Jersey 08608

> **Re:    *United States of America v. New Jersey, et al.*, No. 26-cv-04862**

Dear Judge Kirsch:

Under § I.A.2-3 of this Court's individual rules and practices, Defendants—the State of New Jersey and certain state officials and entities—certify that they met and conferred by videoconference with the Federal Government on June 22, 2026 regarding Defendants' proposed motion to dismiss. After a good-faith discussion of the issues raised by Defendants' pre-motion letter, the parties were unable to reach a resolution. Because the parties continue to disagree about whether Federal Government's complaint states a claim that federal law preempts New Jersey's Dream Act, Defendants respectfully request that the Court allow the State to move to dismiss. If the Court does so, the State requests at least two weeks from the date of any such order to file its moving papers. *See* ECF No. 9.

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By:    */s/ September R. McCarthy*
September R. McCarthy
Deputy Attorney General