**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
<u>**MINUTES OF PROCEEDINGS**</u>

<u>**OFFICE**</u>: TRENTON                                    <u>**DATE**</u>: JULY 30, 2026

<u>**JUDGE**</u>: ROBERT KIRSCH

<u>**COURT REPORTER**</u>:  PAULA HOROVITZ

<u>**TITLE OF CASE**</u>:                          <u>**DOCKET NO. 26-CV-4862 (RK) (RLS)**</u>

UNITED STATES OF AMERICA

v.

THE STATE OF NEW JERSEY ET AL

<u>**APPEARANCES**</u>:

Pooja Majmundar, DOJ Trial Attorney and Sean Skedzielewski, Counsel to the Assistant Attorney General; counsel for the Plaintiff

Nathaniel Rubin, Deputy Attorney General; counsel for the Defendants

<u>**NATURE OF PROCEEDINGS**</u>:

Telephone Conference held.

**Time Commenced:**   10:35 a.m.
**Time Adjourned**:    10:39 a.m.
**Total Time**:          4 minutes

s/ *Patricia Markey*
DEPUTY CLERK