# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> THE STATE OF NEW JERSEY, *et al.,* <br><br> *Defendants.* | Hon. Robert Kirsch, U.S.D.J. <br><br> Civil Action No.: 26-04862 |

## JOINT STATUS REPORT AND PROPOSED ORDER

Pursuant to the Court's instructions at the July 30, 2026 teleconference, counsel for the parties and amicus curiae have conferred and agreed upon the following proposed briefing schedule and page limits for Defendants' motion to dismiss:

| Action | Proposed Date | Proposed Page Limit (14-point proportional font) |
|---|---|---|
| Defendants' Opening Brief | August 27, 2026 | 40 pages |
| Plaintiff's Opposition Brief | October 1, 2026 | 40 pages |
| Defendants' Reply Brief | October 29, 2026 | 20 pages |
| Amicus briefs | 7 days after the party brief supported by amicus | 20 pages |

A proposed order is attached.

Dated: August 4, 2026.

Respectfully submitted:

**JENNIFER DAVENPORT**
ATTORNEY GENERAL OF NEW JERSEY
  By: */s/ Nathaniel Rubin*

Jeremy M. Feigenbaum
   *Solicitor General*
Stephen Ehrlich
   *Deputy Solicitor General*

September R. McCarthy
Nathaniel Rubin
Andrea I. Cavazos
Patrick M. Clancey
Lucy I. Sprague
   *Deputy Attorneys General*

25 Market Street
Trenton, NJ 08625
nathaniel.rubin@njoag.gov
(609) 789-2889

*Attorneys for Defendants*

**MCCARTER & ENGLISH, LLP**
  By: */s/ Scott Weingart*

Jaynee LaVecchia
Scott Weingart
Four Gateway Center, 100 Mulberry St.
Newark, NJ 07102
sweingart@mccarter.com
(973) 849-4005

*Attorney for Amici American Civil Liberties Union of New Jersey and Latino Justice*

**BRETT A. SHUMATE**
ASSISTANT ATTORNEY GENERAL
U.S. Department of Justice
Civil Division

  By: */s/ Sean Skedzielewski*
Sean Skedzielewski
*Counsel to the Assistant Attorney General*

Pooja Majmundar
*Trial Attorney*

950 Pennsylvania Ave NW
Washington, D.C. 20530
sean.skedzielewski@usdoj.gov
(202) 860-9960

*Attorneys for Plaintiff*

2

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Robert Kirsch, U.S.D.J. |
| *Plaintiff,* | Civil Action No.: 26-04862 |
| v. | |
| THE STATE OF NEW JERSEY, *et al.,* | |
| *Defendants.* | |

## [PROPOSED] ORDER

Having considered the parties' and amici's proposed briefing schedule for

Defendants' Motion to Dismiss,

**IT IS** on this _____, day of August, 2026,

**ORDERED** that the following briefing deadlines and page limits are entered:

- Defendants' Opening Brief: on or before **August 27, 2026**, not to exceed 40 pages;
- Plaintiff's Opposition Brief: on or before **October 1, 2026**, not exceed 40 pages;
- Defendants' Reply Brief: on or before **October 29, 2026**, not to exceed 20 pages;
- Any amicus briefs to be submitted no more than **7 days after the party brief supported by amicus**, not to exceed 20 pages.

_____
**ROBERT KIRSCH**
**United States District Judge**

3